**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____

MICHAEL HASHER,                              :
                                             :    Civ. No. 12-1678 (FSH)
        Petitioner,                  :
                                             :
v.                                           :    **ORDER**
                                             :
                                             :
STATE OF NEW JERSEY,                         :
                                             :
        Respondent.                  :
_____       :

For the reasons set forth in the Court's Opinion filed herewith,

IT IS on this 24th day of July, 2013,

ORDERED that the amended habeas petition (Dkt. No. 5.) is dismissed without prejudice as second or successive; and it is further

ORDERED that a certificate of appealability shall not issue; and it is further

ORDERED that the Clerk of the Court shall close the case.


                                                         s/ Faith S. Hochberg_____
                                                         FAITH S. HOCHBERG
                                                         United States District Judge